UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARNELL VAUGHN,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY, NEW YORK STATE DEPARTMENT OF LABOR, NEW YORK STATE UNEMPLOYMNET INSURANCE APPEAL BOARD, LINA SEGURA-ZAMORA, and JOY CAROLINE TROTTER.

                Defendants.

No. 25-CV-683-LTS

---

ORDER

The Court has received a series of filings regarding additional criminal laws the Plaintiff wishes to bring to the Court's attention. In resolving the pending motion to dismiss, the Court will consider these letters to the extent they are relevant.

SO ORDERED.

Dated: July 17, 2025
      New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge