# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

PARNELL VAUGHN,

                         Plaintiff,                25 **CIVIL** 0683 (LTS)

          -against-                     **<u>JUDGMENT</u>**

NEW YORK CITY TRANSIT AUTHORITY, NEW
YORK STATE DEPARTMENT OF LABOR, NEW
YORK STATE UNEMPLOYMNET INSURANCE
APPEAL BOARD, LINA SEGURA-ZAMORA, and JOY
CAROLINE TROTTER,

                         Defendants.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated March 31, 2026, Defendants' motions to dismiss

the Amended Complaint are granted; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                 **TAMMI M. HELLWIG**

                                 _____

                                 **Clerk of Court**

                **BY:** _____

                         **Deputy Clerk**